Case 2:08-cr-00089-JLL   Document 22   Filed 02/20/12   Page 1 of 1 PageID: 39

AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| United States of America<br>v.<br>Shontique Barnes | )<br>)<br>)  Case No:  2:8cr089-1<br>)<br>)  USM No: _____<br>) |
| Date of Original Judgment:  05/06/2008<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)  Ruth Leibesman, Esq<br>   *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED.   [✓] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___87___ months **is reduced to** ___70___.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___05/06/2008___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  02/14/2011

*/s/ Dennis M. Cavanaugh/*
*Judge's Signature*

Effective Date: _____
*(if different from order date)*

Dennis M. Cavanaugh, U.S.D.J.
*Printed name and title*