# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

V.

CRIMINAL NO: 08-00089-001

Shontique Barnes

## ORDER UNSEALING THE PETITION FOR WARRANT

On April 16, 2014, Barnes was arrested on a warrant issued and executed by the Newark Police Department. Our warrant will be lodged as a detainer. Based on her Barnes's arrest, the petition for warrant can be unsealed.

_____
The Honorable Jose L. Linares
United States District Judge

4/16/14